Date signed January 28, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| Raul Andion-Buceta and : | |
| Maria Gabriela Andion : | Case No. 10-31521PM |
| : | Chapter 13 |
| Debtors : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | |
| Raul Andion-Buceta and : | |
| Maria Gabriela Andion : | |
| Movants : | |
| vs. : | |
| : | |
| EMC Mortgage Corporation : | |
| Respondent : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |

### MEMORANDUM TO DEBTORS' COUNSEL

Having reviewed Debtors' motion to avoid the lien of EMC Mortgage Corporation (the "Motion"), the court advises that it will not take any action with respect to the Motion until Debtors' counsel submits evidence of the amount of the senior lien on the subject property.

cc:   Debtors
      Debtors' Counsel - Sandy Y. Chang
      Chapter 13 Trustee
      Kevin Feig, 4520 East West Highway, Suite 200, Bethesda, MD 20814

### End of Memorandum